UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 17-20614-CIV-MORENO

ERICA MURIN, PIERRE PAGE and all those
similarly situated,

        Plaintiffs,

vs.

STAR ISLAND ENTERTAINMENT, LLC d/b/a
Icon Miami; EMILIO GUERRA; LUIS PUIG;
JUSTIN LEVINE; and ROMAN K. JONES,

        Defendants.
_____/

## FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon the Joint Motion for Approval of FLSA Settlement (**D.E. 19**), filed on **May 23, 2017**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that the Joint Motion for Approval of FLSA Settlement is GRANTED and the settlement is approved in accordance with *Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350 (11th Cir. 1982). It is also

**ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(A)(ii). Further, all pending motions are DENIED as MOOT with leave to renew if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th of May 2017.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record